```
MARIA ANTONETTE EVERETT
115 PALMER RD
ELLISVILLE, MS 39437



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



ADT
PO BOX 371490
PITTSBURGH, PA 15250



CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179



JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203



MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193



SUNBELT FCU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402



SYNCB/BELK DUAL CARD
ATTN: BANKRUPTCY
300 COVENTRY ROAD
KENSINGTON, CA 94707
```