# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51073  **Case Name:** Maria Antonette Everett

**Set:** 10/14/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)